131 A.3d 959

IN THE MATTER OF JOHN D. DICIURCIO, AN ATTORNEY AT LAW (ATTORNEY NO. 014281997).

March 10, 2016.

## ORDER

This matter having been duly presented on the motion for reinstatement to practice law filed by **JOHN D. DICIURCIO** of **CHERRY HILL,** who was admitted to the bar of this State in 1997, and who was temporarily suspended the practice of law pursuant to *Rule* 1:20–17(e)(i) effective March 7, 2016, by Order filed February 5, 2016;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative costs and interest owed;

And good cause appearing;

It is ORDERED that the motion is granted, and **JOHN D. DICIURCIO** is reinstated to the practice of law, effective immediately.